UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE FRANCISCO FUNES,<br><br>       Petitioner,<br><br>       v.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>       Respondent. | CASE NO. SA CV 12-782-PA (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: March 14, 2013

                                                  PERCY ANDERSON<br>
                                                  UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\12-782 Judgment.wpd